ACCEPTED
01-15-00251-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:35:58 PM
CHRISTOPHER PRINE
CLERK

MEHAFFYWEBER Houston | Beaumont
ATTORNEYS
*A Professional Corporation*
MehaffyWeber.com

BARBARA J. BARRON
ATTORNEY AT LAW
SHAREHOLDER
barbarabarron@mehaffyweber.com

Licensed To Practice Law in Texas, Arkansas,
California, Mississippi, and Oklahoma

500 Dallas, Suite 1200
Houston, Texas 77002
713.655.1200
Post Office Box 16
Beaumont, Texas 77704
409.835.5011 | Fax: 409.835.5177

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:35:58 PM
CHRISTOPHER A. PRINE
Clerk

June 17, 2015

Christopher A. Prine                                    *via Elextronic Filing*
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Mr. Chris Daniel                                        *via Electronic Filing*
District Clerk
Harris County Civil Courthouse
201 Caroline
Houston, Texas 77002

    RE:    Cause No. 2004-70000; *In Re: Texas State Silica Products Liability Litigation*; pending in the 333rd Judicial District Court, Harris County, Texas.

           Case Number 01-15-00251-CV; *In Re: Texas State Silica Products Liability Litigation*; before the Court of Appeals for the First District of Texas at Houston.

Dear Mr. Daniel and Mr. Prine:

I write regarding the status of the appellate record in the First Court of Appeals and the Court of Appeal's recent disposition of the Appellant's Motion to extend time to file a brief in the above-referenced matter.

On March 31, 2015 Appellant's counsel Mike Martin filed with the District Clerk "Plaintiffs' Designation of the Record Relating to Plaintiffs' Motion for Injunctive Relief on the Grounds that Sections 90.004 and 90.010 are Unconstitutional." That filing identified a number of items that need to be included in the Clerk's record that have not, to date, been provided to the Court of Appeals.

For example, with respect to the Defendants' filings, Mr. Martin identified, among other things, the following:

| 04/11/2014 | 60396864 | Defendants' Motion to Dismiss Plaintiffs' Request for Injunctive Relief for Lack of Standing and Because Plaintiffs' Complaints are not Ripe or Alternatively Request for Order Compelling Plaintiffs to Demonstrate Standing and that Their Constitutional Complaints are Ripe Before Entering a Briefing Schedule and Memorandum of Law in Support, including Exhibits A through H. |
|---|---|---|

***

| 04/17/2014 | 60479421 | Reply to Plaintiffs' Response to Motion to Dismiss Plaintiffs' Request for Injunctive Relief for Lack of Standing and Because Plaintiffs' Complaints are not Ripe or Alternatively Request for Order Compelling Plaintiffs to Demonstrate Standing and that their Constitutional Complaints are Ripe Before Entering a Briefing Schedule and Memorandum of Law in Support, including Reply Exhibits 1 through 10. |
|---|---|---|

***

| 06/03/2014 | 61057805 | Opposition of Defendants' Steering Committee to Certain Plaintiffs' Request for a Temporary Injunction in Connection with Their Motion to Enjoin Enforcement of Sections 90.004 and 90.010 of the Texas Civil Practice & Remedies Code Because the Statute is Unconstitutional, including Appendix 1 through 3, and Exhibits D-1 through D-71. |
|---|---|---|

***

| 07/23/2014 | 61689809 | Supplemental Brief of Defendants' Steering Committee in Support of the Constitutionality of Tex. Civ. Prac. & Rem. Code Chapter 90, including Appendix A and B. |
|---|---|---|

***

| 8/6/14 | 61870722 | Transmittal letter from Barbara Barron regarding amended Exhibit D-57, including amended Exhibit D-57. |
|---|---|---|

*See* CR:1873-1875. After Plaintiffs' record designation, the Defendants sought the inclusion of additional items into the Appellate Record. *See* CR:1876-1881.

A large number of necessary items, as far as the Defendants' response brief will be concerned, are **_not_**, **despite being identified by the parties,** included in the Clerk's Record. For example:

- Exhibits A through H to the April 11, 2014 filing, which were identified by Appellants' counsel for inclusion in the Clerk's Record (i.e. "including Exhibits A through H"), were omitted;

- Exhibits 1 through 10 to the April 17, 2014 filing, which were identified for inclusion in the Clerk's Record by Appellants' counsel (i.e. "including Reply Exhibits 1 through 10"), were omitted;

- Appendix 1 through 3, and Exhibits D-1 through D-71 to the June 3, 2014 filing, which were identified for inclusion in the Clerk's Record by Appellants' counsel (i.e. "including Appendix 1 through 3, and Exhibits D-1 through D-71"), were omitted;

- Appendix A and B to the July 23, 2014 filing, despite being identified for inclusion in the Clerk's record by Appellants' Counsel, were omitted;

- Amended Exhibit D-57 that was filed under the August 6, 2014 letter and requested for inclusion by Appellant's counsel, was omitted.

While the briefing or correspondence identified above are in the Clerk's record, *the actual exhibits and appendices to those filings are not included in the Clerk's record*. The same problem appears to be present with respect to items the Appellants would presumably want to be present in the Clerk's Record, including over 107 Plaintiff-specific exhibits and a number of general exhibits and appendices as well.

Because of the large volume of exhibits and appendicies that were requested but were not included in the Clerk's record, if the District Clerk supplements the appellate record with all of those exhibits at the end of the Clerk's Record as it currently exists, it will be difficult for the parties and the Court to associate particular exhibits with particular briefs/trial court filings. As such, I believe it would be appropriate at this point, if possible, for an amended Clerk's record to be prepared that includes all of the previously requested exhibits with the actual filings.

I know that the Court of Appeals indicated that the last extension would be the last for the Appellants and I also know that it is the Appellant's burden to get the items included in the appellate record that the Appellant needs in the record. However I do not want to be put in the same position thart Appellants' counsel is currently in if the record is partially supplemented.

As such, as allowed by TEX.R.APP.P. 34.5(c)(1), I am asking that the Harris Couunty District Clerk consider this a request that the Harris County District Clerk supplement the Clerk's Record for the above referenced appeal to the Court of Appeals for the First District. Many of the below items and/or exhibits were omitted from the Clerk's Record previously prepared and filed in this matter. Please supplement the Clerk's Record with the following items:

| Date | Harris County District Clerk "Image No."[1] | Document |
|---|---|---|
| 12/12/2005 | 18118521 | Order No. 11 |
| 07/30/2010 | 45960072 | Certain Defendants' Additional Comments Concerning the Suggested Amendment to Section 90.008 |
| 04/11/2014 | 60396864 (Main document) *See* **Exhibit 1** for list of "Image Nos" for Exhibits A – H. | ==EXHIBIT A - H== to Motion to Dismiss Plaintiff's Request for Injunctive Relief for Lack of Standing and Because Plaintiffs' Complaints are Not Ripe or Alternatively Request for Order Compelling Plaintiffs to Demonstrate Standing and that Their Constitutional Complaints are Ripe Before Entering a Briefing Schedule. |
| 04/15/2014 | 60426509 (Main document) *See* **Exhibit 2** for list of "Image Nos" for Exhibits 1 – 28. | Defendants' Response to "Plaintiffs' Steering Committee Motion to Stay Enforcement of Supplemental Case Management Order Relating to Dismissal Procedures under 90.010" ==INCLUDING EXHIBITS 1–28== |
| 04/17/2014 | 60479421 (Main document) *See* **Exhibit 3** for list of "Image Nos" for Exhibits 1 – 10. | ==EXHIBITS 1–10== to Reply to Plaintiffs' Response to Motion To Dismiss Plaintiffs Request for Injunctive Relief for Lack of Standing and Because Plaintiffs' Complaints are Not Ripe or Alternatively Request for Their Constitutional Complaints are Ripe Before Entering a Briefing Schedule and Memorandum of Law in Support |
| 05/29/2014 | 60985701 | Rule 11 Stipulation Regarding Constitutional Challenges to Chapter 90 of the Texas Civil Practice & Remedies Code |
| 06/03/14 | 61057805 (Main document) *See* **Exhibit 4** for list of "Image Nos" for Exhibits D-1 to D-71, Appendix 1 to Appendix 3, and Affidavit. | ==EXHIBITS D-1== THROUGH ==D-71==; APPENDIX 1; APPENDIX 2; APPENDIX 3; AND AFFIDAVIT to Opposition of Defendants' Steering Committee to Certain Plaintiffs' Request for a Temporary Injunction in Connection with their Motion to Enjoin Enforcement of Sections 90.004 and 90.010 of the Texas Civil Practice & Remedies Code Because the Statute is Unconstitutional |

---

[1] The District Clerk assigns an "Image No." to filings that are scanned and uploaded onto the internet. Those numbers are being provided to assist the District Clerk in locating the documents in the District Clerk's office. In addition, Exhibits attached to this letter include printouts of excerpts of information that contain the "Image No." of many (but not all) items that are being requested from the District Clerk's website.

| Date | Harris County District Clerk "Image No."[1] | Document |
|------|------|------|
| 06/03/2014 | 61067232<br><br>See **Exhibit 5**.<br>***Defendants Request that the actual DVD be included as part of the Clerk's Record.*** | **EXHIBIT D-71 (DVD)** to Opposition of Defendants' Steering Committee to Certain Plaintiffs' Request for a Temporary Injunction in Connection with their Motion to Enjoin Enforcement of Sections 90.004 and 90.010 of the Texas Civil Practice & Remedies Code Because the Statute is Unconstitutional |
| 06/04/2014 | 61071525<br><br>See **Exhibit 6.** | **AMENDED EXHIBIT D-61** to Opposition of Defendants' Steering Committee To Certain Plaintiffs' Request for a Temporary Injunction in Connection with Their Motion to Enjoin Enforcement of Sections 90.004 and 90.010 of the Texas Civil Practice & Remedies Code Because the Statute is Unconstitutional |
| 07/23/2014 | 61689809<br>(Main Document)<br><br>See **Exhibit 7** for list of "Image Nos" for Appendix A and Appendix B. | **APPENDIX A AND APPENDIX B** to Supplemental Brief of Defendants' Steering Committee in Support of the Constitutionality of Tex. Civ. Prac. & Rem Code Chapter 90 FILED 7/23/2014 |
| 07/29/2014[2] | 61777692<br>(Main Document)<br><br>See **Exhibit 8.** | Juan Naves' Supplement to Chapter 90 Compliant Medical Report with All Exhibits (Exhibit A)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 08/22/2014 | 62082499<br><br>See **Exhibit 8.** | Objections to Medical Report of Plaintiff Juan Naves with All Exhibits (Exhibits 1 and 2)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 12/23/2014 | 63623879<br><br>See **Exhibit 8.** | Juan Naves' Second Supplement to Chapter 90 Compliant Medical Report with All Exhibits (Exhibit A)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |

---

[2] Certain items pertaining to Plaintiff Naves and Plaintiff Tullos have not previously been requested.

| Date | Harris County District Clerk "Image No."[1] | Document |
|------|------|------|
| 01/01/2015 | 63789807<br><br>See **Exhibit 8.** | Supplemental Objections to Medical Report of Plaintiff Juan Naves with All Exhibits (Exhibit A)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 01/27/2015 | 63995569<br><br>See **Exhibit 8.** | Juan Naves' Third Supplement to Chapter 90 Compliant Medical Report with All Exhibits (Exhibit A)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 02/09/2015 | 64166536<br><br>See **Exhibit 8.** | Objection to Juan Naves Third Supplement to Chapter Noncompliant Medical Report with All Exhibits (Exhibits A - C)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 02/23/2015 | 64365845<br><br>See **Exhibit 8.** | Plaintiff's Response to Defendants' Objection to Third Supplement to Chapter 90 Medical Report of Juan Naves with All Exhibits (Exhibits A - C)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 02/27/2015 | 64428924<br><br>See **Exhibit 8.** | Order on Plaintiff Juan Naves' Medical Report<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2005-79697, *Robert Ramirez v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 07/29/2014 | 61890057<br><br>See **Exhibit 9.** | Billy Tullos' Supplement to Chapter 90 Compliant Medical Report with All Exhibits (Exhibit A)<br>(Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2006-01960, *James Van Allen v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |
| 09/22/2014 | 62446642 | Order on Billy Tullos' Chapter 90 Medical Report |

| Date | Harris County District Clerk "Image No."[1] | Document |
|------|------|------|
| | *See* **Exhibit 9.** | (Styled in Cause No. 2004-70000, *In re: Texas State Silica Products Liability Litigation*, in the 333rd District Court of Harris County, Texas and Cause No. 2006-01960, *James Van Allen v. Air Liquide America Corporation, et. al.*, in the 333rd District Court of Harris County, Texas) |

Please file this letter with the papers as part of the record as a request to supplement the Clerk's Record.

Thank you for your time and consideration. If you should have any questions, please feel free to contact one of us at our offices.

Very truly yours,

*Harvey Ferguson*

Harvey Ferguson, Jr.
Law Office of Harvey Ferguson, Jr., PLLC
P.O. Box 1974
Canyon Lake, Texas 78133
Office: (830) 715-9276
Facsimile: (830) 715-9277
E-mail: harvey@hfergusonlaw.com

Very truly yours,

*Barbara J. Barron*

Barbara J. Barron
For the Firm

HF/BJB/fad

cc:    Mr. Mike Martin                                         *Via File & Serve Xpress and*
        Maloney Martin L.L.P                                      *E-mail*
        The Clock Tower Building
        3401 Allen Parkway, Suite 100
        Houston, Texas 77019

        Mr. Guy G. Fisher                                       *Via File & Serve Xpress and*
        Provost Umphrey Law Firm LLP                     *E-mail*
        490 Park Street
        P.O. Box 4905
        Beaumont, Texas 77704

Mr. F. Scott Baldwin, Jr.                                    *Via File & Serve Xpress and*
Law Offices of Baldwin & Baldwin, L.L.P.                              *E-mail*
400 West Houston Street
P.O. Box 1349
Marshall, Texas 75670

Mr. Lance P. Bradley                                         *Via File & Serve Xpress and*
Bradley, Steele & Pierce, LLP                                         *E-mail*
3120 Central Mall Drive
Port Arthur, Texas 77642

Mr. D. Allen Hossley                                         *Via File & Serve Xpress and*
Hossley Embry, LLP                                                    *E-mail*
320 S. Broadway Avenue, Suite 100
Tyler, Texas 75702

All Counsel of Record                                        *Via File & Serve Xpress*